# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
## Audio Record of Hearing Held

### Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | ATHENA MEDICAL GROUP, LLC | | |
| **Case Number:** | 2:23-BK-01635-BKM | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, MARCH 21, 2024 02:30 PM | 7TH FLOOR #701 | |
| **Courtroom Clerk:** | JENNIFER LOWRY | | |
| **Reporter / ECR:** | LETICIA OROSCO | | |
| **Audio File Name:** | AHL01610293.MP3 | | |
| **Audio File Size:** | 7,520 KB | | |
| **Audio File Length:** | 00:16:02 | | |

**Help using this file:**

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.

> This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."

### Matters:

1) **ADV: 2-23-00057**
   **ATHENA MEDICAL GROUP, LLC & WOUND CARE SPECIALISTS, LLC & RENU LLC vs WOUND CARE SPECIALISTS, LLC & RENU LLC & ATHENA MEDICAL GROUP, LLC**
   EXPEDITED HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT FILED BY MICHAEL W. CARMEL OF MICHAEL W. CARMEL, LTD. ON BEHALF OF JAMES E. CROSS.
   **R / M #:** 27 / 0

2) **ADV: 2-23-00057**
   **ATHENA MEDICAL GROUP, LLC & WOUND CARE SPECIALISTS, LLC & RENU LLC vs WOUND CARE SPECIALISTS, LLC & RENU LLC & ATHENA MEDICAL GROUP, LLC**
   EXPEDITED HEARING ON PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINES FILED BY MICHAEL W. CARMEL OF MICHAEL W. CARMEL, LTD. ON BEHALF OF JAMES E. CROSS .
   **R / M #:** 27 / 0

3) **ADV: 2-23-00160**
   **JAMES E CROSS vs RENU LLC & WOUND CARE SPECIALISTS, LLC**
   EXPEDITED HEARING ON PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINES FILED BY MICHAEL W. CARMEL OF MICHAEL W. CARMEL, LTD. ON BEHALF OF JAMES E CROSS .
   **R / M #:** 30 / 0

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Audio Record of Hearing Held

(continue)... 2:23-BK-01635-BKM         THURSDAY, MARCH 21, 2024 02:30 PM